SLIP OPINION



Cite as 2014 Ark. 154

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ACCESS TO JUSTICE COMMISSION | **Opinion Delivered** April 3, 2014 |

## PER CURIAM

Judge Vic Harper, District Judge, Lincoln County District Court in Star City, Arkansas, is appointed to the Access to Justice Commission for a three-year term to fill the unexpired term of Judge David Switzer, to expire on October 15, 2016. We thank Judge Harper for accepting this important position.

The court thanks Judge David Switzer for his service to this important committee.